# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Business Loan Center, LLC, f/k/a Business Loan Center, Inc., solely in its capacity as Servicer for: U.S. Bank National Association, as successor trustee to Bank of America, N.A., successor by merger to LaSalle Bank National Association, as Indenture Trustee under that certain Indenture dated as of January 1, 2003, as the same may be amended from time to time, for the benefit of the SBA and holders of the Business Loan Express SBA Loan-Backed Notes, Series 2003-1, as their interests may appear subject to the Multi-Party Agreement dated January 1, 2003, | Civil Action No. 6:16-cv-03116-MGL |
| Plaintiff, | |
| vs. | **ORDER FOR REMAND** |
| Richard H. Pennell, Jr.; individually; Nancy Pennell, individually, J. Murphy Armstrong, individually; Michael Armstrong, individually; John M, Armstrong, individually; and 21 East Washington Street, LLC, | |
| Defendants. | |

Pursuant to motion of counsel for Plaintiff and with consent of counsel for Defendants, this matter is remanded to the Court of Common Pleas for the County of Greenville, South Carolina.

IT IS SO ORDERED.

s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

September 22, 2016
Columbia, South Carolina

1